82,253-01

CAUSE NO. WR-83,253-01

DEAR CLERK,

   PLEASE find ENCLOSED for filing, AN ADVISORY TO THE COURT.
PLEASE file AND SET THIS for A MATTER.



            RESPECTFULLY SUBMITTED,

            *Ronald Whit DuBose*
            _____
            RONALD WHIT DuBose #1753794
            DEFENDANT, PRO SE
            O.B. Ellis UNIT
            1697 F.M. 980
            HUNTSVILLE, TEXAS 77343

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 03 2015
Abel Acosta, Clerk

IN THE TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN

NO. WR-83,253-01

EX PARTE RONALD WHIT DUBOSE. Applicant.

---

ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO.
07-1246-CR-A IN THE 25TH DISTRICT COURT FROM
GUADALUPE COUNTY

---

## ADVISORY TO THE COURT

1. On June 24, 2015 Applicant filed a Motion in the trial Court requesting appointment of Counsel, that all Proceeding be recorded during the hearing, and that a free Copy be provided to Applicant due to Applicant proceeing as indigent and Pro Se.

2. The trial Court has failed to provide Applicant any answer to said Motions.

3. This Honordble Court ORDERED the trial Court to make a finding of fact & Conclusion of law in this Case. The deadline for doing So is September 3, 2015.

4. The trial Court in this Case has refused to answed almost any of Applicant's pleadings or Motions. Applicant has not received any part of the records in this Case before the Court - thereby, denying Applicant the right to rebutt the trial Court's findings or assertions.

1

## PRAYER

5. Applicant prays this Court will ORDER the trial Court to provide Applicant a free copy of the records in this case.

Respectfully submitted,

_Ronald Whit DuBose_
RONALD WHIT DUBOSE, # 1753794

## UNSWORN DECLARATION

I, RONALD WHIT DUBOSE, SWEAR UNDER the PENALTY of PERJURY that the foregoing is true AND CORRECT.
EXECUTED ON this the 31ST day of August 2015.

_Ronald Whit DuBose_
RONALD WHIT DUBOSE #1753794

## CERTIFICATE OF SERVICE

This is to certify that a true AND correct original copy of the foregoing has been mailed to THE District Clerk of Guadalupe County, TEXAS, on this 31ST DAY of August 2015.

_Ronald Whit DuBose_
RONALD WHIT DUBOSE #1753794
DEFENDANT, PRO SE
O.B. Ellis Unit
1697 F.M. 980
Huntsville, TEXAS 77343